IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| BILLY RAYFORD JOHNSON | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:18cv266 |
| DIRECTOR, TDCJ-CID | § | |

## MEMORANDUM OPINION AND ORDER REGARDING VENUE

Petitioner Billy Rayford Johnson, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

### Discussion

Petitioner is incarcerated as a result of a conviction in Jefferson County, Texas, which is in the Beaumont Division of this court. He is incarcerated at the Easham Unit, which is located in the Lufkin Division.

Petitioner filed this petition for writ of habeas corpus in the federal judicial district in which he was convicted and in which he is incarcerated. As a result, this court has jurisdiction over the petition. However, as he is challenging the execution of his sentence, rather than his conviction itself, it would be appropriate to transfer this case to Lufkin Division, where petitioner is incarcerated.

### **ORDER**

For the reasons set forth above, it is **ORDERED** that this petition for writ of habeas corpus is **TRANSFERRED** to the Lufkin Division of this court.

SIGNED this 20th day of June, 2018.

_____
Zack Hawthorn
United States Magistrate Judge